<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-6199**

─────────────

JOHN D. SIMPSON,

Petitioner - Appellant,

versus

RONALD J. ANGELONE,

Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CA-99-980-7)

─────────────

Submitted: April 27, 2000                    Decided: May 4, 2000

─────────────

Before NIEMEYER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

John D. Simpson, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John David Simpson seeks to appeal the district court's orders (1) denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999), as time-barred, and (2) denying his motion filed under Fed. R. Civ. P. 59(e). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Simpson v. Angelone, No. CA-99-980-7 (W.D. Va. Dec. 29, 1999; Feb. 3, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2